UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:20-cv-14465

MITCHELL A. GROSSMAN,

      Plaintiff,

v.

MARTIN MEMORIAL MEDICAL
CENTER, INC.; HEALTHCARE REVENUE
RECOVERY GROUP, LLC; PARAGON
CONTRACTING SERVICES, LLC, and
UNITED COLLECTION BUREAU, INC.,

      Defendants.

_____/

## DEFENDANT, HEALTHCARE REVENUE RECOVERY GROUP, LLC.'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 3.8, I certify that the instant action:

__X__ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or

any other Federal or State court, or administrative agency as indicated below:

**This action was removed from the County Court of the Nineteenth Judicial Circuit, in and for St. Lucie County, Florida, Case Number 2020CC002240.**

_____**IS NOT** related to pending or closed civil or criminal case(s) previously filed in this Court,

or any other Federal or State court, or administrative agency.

      Dated this **4th day of January, 2021.**

                    Respectfully submitted,

                    */s/ Ernest H. Kohlmyer, III*
                    Ernest H. Kohlmyer, III, Esquire
                    Florida Bar No.: 110108

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **January 4, 2021**, via the Court Clerk's CM/ECF. I further certify that a copy was furnished to Jason R. Kobal, Esquire at koballaw@yahoo.com *(Attorneys for Plaintiff)*;John P. Gaset Esquire at John.Gaset@dinsmore.com and Jessica.Lovins@dinsmore.com (*Attorney for Defendant, Paragon Contracting, LLC),* Darrin J. Quam, Esquire at *DQuam@stearnsweaver.com,* and Lauren M. Burnette, Esquire *at lburnette@messerstrickler.com.*

> */s/ Ernest H. Kohlmyer, III*
> Ernest H. Kohlmyer, III, Esquire
> Florida Bar No.: 110108
> skohlmyer@shepardfirm.com
> Shepard, Smith, Kohlmyer & Hand, P.A.
> 2300 Maitland Center Parkway, Suite 100
> Maitland, Florida 32751
> Telephone (407) 622-1772
> Facsimile (407) 622-1884
> *Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*